UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         :     Chapter 11
                                                               :
                                                               :
Sei Insieme LLC,                                               :     Case No. 22-11670-jpm
                                                               :
                                                               :
Debtor.                                                        :
---------------------------------------------------------------x

### NOTICE OF RESET SECTION 341 MEETING OF CREDITORS

YOU ARE HEREBY NOTIFIED that the initial section 341 meeting of creditors for the above-captioned case, scheduled as an in-person 341 meeting will now be reset as a telephonic meeting and conducted by telephone conference **on January 12, 2023 at 3:00 p.m. (the "Designated Meeting Time")**.

All parties shall appear by phone at the section 341 in accordance with the instructions below.

**Call-in Information**:

On the date and time set forth above, parties shall dial-in to the meeting using the following dialing instructions:

Meeting Dial-in No:    (877) 988-1713, and when prompted, enter the

Participant Code:      2971795 followed by #.

To avoid confusion or technical difficulties, attendees are instructed to call in at the Designated Meeting Time, not before that time, and to disconnect the call after their meeting is concluded.   Thank you for you anticipated cooperation in this regard.

**<u>Instructions for Testifying Debtors and Counsel</u>**:

No later than one day prior to the Designated Meeting time, the debtor and/or their counsel are required to email the Trial Attorney with an imaged copy of the debtor's photo identification and proof of the debtor's social security number ("Identification Documents"). A copy of the Debtor's identification must be provided to the Trial Attorney via a secure method, i.e., portal, encrypted email, etc. Identification Documents shall be those documents deemed acceptable in accordance with current applicable procedures.

Telephonic appearances shall be conducted in accordance with current applicable procedures for telephonic meetings. Accordingly, a Declaration Regarding Administration of Oath and Confirmation of Identity form shall be completed by the individual performing this function and transmitted to the Trial Attorney immediately following the meeting.

Alternatively, if compliance with the procedures set forth above are not possible or practical under these emergent circumstances, the debtor's attorney may submit prior to the time of the scheduled meeting a declaration confirming that: (1) the attorney met with the debtor in-person; and (2) the attorney examined and verified the debtor's original identification documents.   In such situations, upon notification by the debtor

and/or their counsel that they are using the alternate procedures, the Trial Attorney will administer the oath telephonically at the commencement of the 341 meeting.

Date:   December 14, 2022						William K. Harrington
								United States Trustee for Region 2
								U.S. Department of Justice
								Office of the United States Trustee
								201 Varick Street, Room 1006
								New York, New York 10014


						By:	*/s/ Shannon Anne Scott*
								Shannon Anne Scott
								Trial Attorney