

**VIA ECF**  January 9, 2023
Judge John P. Mastando III
Southern District of New York
Bankruptcy Court

    *Re: In re SEI INSIEME LLC, File # 22-11670*

Dear Judge Mastando,

    Our office represents 307-309 Sixth Avenue LLC ("307-309 LLC"), a first mortgage holder in relation to the properties known as 307/307-A Sixth Avenue, New York, NY (Block: 589; Lot 40) and 309 Sixth Avenue, New York, NY (Block: 589; Lot: 39) (the "Properties"). The Debtor alleges to be the holder of a second mortgage on the Properties and filed this petition a day before 307-309 LLC's scheduled foreclosure sale pursuant to a judgment of foreclosure (the "Foreclosure").

    The Debtor also filed a motion for an injunction to enforce the automatic stay to the Foreclosure (the "Motion"). 307-309 LLC and the Debtor stipulated a briefing schedule in relation to the Motion.

    Our office writes this letter in lieu of opposition as it recently learned that 307 Assets LLC, the "Owner" of the Properties filed a Chapter 11 petition (File # 23-10027) and therefore the Foreclosure is stayed, regardless of this filing. This case, as it relates to 307-309 LLC will likely be absorbed into the Owner's filing. Accordingly, without waiving any rights and reserving its rights to file a motion to lift the stay at a later date, should it be necessary, 307-309 LLC does not intend to file a more formal opposition to the Motion.

                            Respectfully submitted,

                            */s/ Aviva Francis*

                            <u>Aviva Francis</u>

cc: Appearing Parties